GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

FILED

2023 FEB 15  PM 1: 38

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00195 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO:  18 U.S.C. § 924(a)(1)(A) (Making False Statement in Connection with Acquisition of Firearms) Counts 1-6 |
| Adriana Fernandez-Parra, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**<u>COUNTS 1-6</u>**

On or about the dates listed below, in the District of Arizona, the Defendant ADRIANA FERNANDEZ-PARRA, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that her address was in Mesa, Arizona, whereas in truth and fact, that was not Defendant's current address:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 07/24/2022 | Turner's Outdoorsman | FMK model G9C1 9mm pistol |
| 2 | 07/26/2022 | Murphy's Guns | Stoeger model STR-9 9mm pistol |

| Count | Date | FFL | Firearms |
|-------|------|-----|----------|
| 3 | 07/26/2022 | Turner's Outdoorsman | Smith & Wesson model M&P 2.0 .9mm pistol |
| 4 | 08/07/2022 | Turner's Outdoorsman | Rock Island Armory model M1911 A1-C2 .45 caliber pistol |
| 5 | 08/11/2022 | Cashbox Jewelry and Pawn | Girsan model Regrad MC Select 1 9mm pistol |
| 6 | 08/15/2022 | Liberty Pawn | Smith & Wesson model M&P 40 .40 caliber pistol |

In violation of Title 18, United States Code, Sections 924(a)(1)(A).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: February 15, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

SARAH B. HOUSTON
Assistant U.S. Attorney

*United States of America v. Fernandez-Parra*
*Indictment Page 2 of 2*