GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
Arizona State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 23-00195-RM-LCK |
|---|---|
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| vs. | |
| Adriana Lizette Fernandez-Parra, | |
| Defendant. | |

The United States of America, through its attorneys, respectfully submits its sentencing memorandum in the above-captioned matter. The sentencing hearing is currently scheduled for May 15, 2024.

**Presentence Report Calculations**

The presentence report (PSR) identifies a total offense level of 12 and a criminal history category I for the defendant resulting in a sentencing guideline range of 10 to 16 months. The government agrees with these calculations. Under the plea agreement, the defendant's sentence cannot exceed the bottom of the applicable guideline range.

//

**Sentencing Factors**

Title 18 U.S.C. § 3553(a) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. §3553(a)(2). The sentence shall also consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

Here, the defendant pled guilty to purchasing a firearm knowingly using an incorrect address on the required forms. False representations on these forms can bypass the safeguards of the National Instant Background Check System (NICS).  Records obtained by ATF indicate that the defendant purchased 7 firearms in 25 days paying approximately $2,977. The defendant paid in cash for all of the firearms. The defendant only had one of the firearms still in her possession when she was questioned by law enforcement. Another one of the firearms she purchased was later recovered at a crime scene in Santa Cruz County only four days after the defendant purchased it. The defendant admitted to agents that someone else had given her the money for that firearm and gave her instructions about which firearm to purchase. She also admitted that someone else had given her the money for all of the other firearm purchases.

The defendant has a long history of substance abuse starting at the age of 13. She was initially released to pretrial services supervision in this case.  She completed treatment at the in-patient portion of The Haven but was taken back into custody after twice testing positive for fentanyl. The defendant also has some serious mental health issues and traumas that have negatively impacted her life. Until she is able to comprehensively address her substance abuse and mental health, she will remain at a higher risk to re-offend. Her own safety and well-being will also be at risk until those conditions are appropriately managed.

Pursuant to the plea agreement, the maximum sentence that the defendant could received is 10 months. She has already served approximately 8.5 months.

**Recommendation**

The United States respectfully requests that the Court impose a sentence of time served (approximately 8.5 months). Such a sentence would be consistent with § 3553(a) factors. It would reflect the seriousness of the offense, promote respect for the law, and deter the defendant from committing further crimes.

Respectfully submitted this 8th day of May, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Sarah B. Houston*

SARAH B. HOUSTON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 8th day of May, 2024, to:

All ECF Participants